Christopher Q. Pham, SBN: 206697                    **MADE JS-6**
JOHNSON & PHAM, LLP
6355 Topanga Canyon Blvd., Suite 115
Woodland Hills, California 91367
Telephone: (818) 888-7540
Facsimile:   (818) 888-7544
E-mail: cpham@johnsonpham.com

Attorneys for Plaintiff
GURU DENIM, INC.

Christopher L. Diener, SBN: 187890
THE DIENER LAW FIRM
18881 Von Karman Avenue, 16th Floor
Irvine, California 92612
Telephone: (949) 259-4985
Facsimile:   (949) 660-0342

Attorney for Defendants
L.A. IDOL FASHION, INC. and ANDY HSI-AN WEI

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURU DENIM, INC., a California Corporation, | Case No.: 08-CV-01798 GW (RCx) |
| Plaintiff, | **PERMANENT INJUNCTION PURSUANT TO STIPULATION** |
| v. | |
| L.A. IDOL FASHION, INC., a Business Entity of Unknown Status, RECCO JEANS, a Business Entity of Unknown Status, ANDY HSI-AN WEI, an individual, and Does 1-10, Inclusive, | |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Permanent Injunction that has been executed by Plaintiff Guru Denim, Inc. ("Plaintiff") and Defendants L.A. Idol Fashion, Inc. and Andy Hsi-An Wei (collectively "Defendant") in this action:

GOOD CAUSE APPEARING THEREFORE, THE COURT ORDERS that this Permanent Injunction shall be and is hereby entered in the within action as follows:

1)    This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to pursuant to the provisions of the Lanham Act, 15 U.S.C. §1051, et seq., as well as 28 U.S.C. §1338(a) and 28 U.S.C. §1331.

2)    Service of process was properly made on the Defendant.

3)    Plaintiff owns or controls the pertinent rights in and to the following intellectual properties (hereinafter the "Intellectual Property"):

| Intellectual Property: | Registration No.: | Registration Date: |
|---|---|---|
| True Religion Stitching Pattern (Trademark) | 3,147,244<br>3,219,110 | September 16, 2006<br>March 13, 2007 |
| "True Religion Brand Jeans World Tour Fashion for the Senses" (Trademark) | 2,917,187 | January 11, 2005 |
| "True Religion Brand Jeans" (Trademark) | 2,761,793<br>3,120,797<br>3,120,798<br>3,282,490 | September 9, 2003<br>July 25, 2006<br>July 25, 2006<br>August 21, 2007 |
| "True Religion" (Trademark) | 3,162,615<br>3,162,614 | October 24, 2006<br>October 24, 2006 |
| True Religion Brand | VA 1-301-845 | February 6, 2003 |

| Jeans Designs (Copyright) | VA 1-301-845 | February 6, 2003 |
| True Religion Stitch Pattern | D547530 | July 31, 2007 |

4)    Plaintiff alleges that Defendant has made unauthorized uses of the Intellectual Propertyor substantially similar likenesses or colorable imitations thereof.

5)    Defendant and its agents, servants, employees, officers, directors, subsidiaries, affiliated companies, and all persons in active concert and participation with it who receive actual notice of the Injunction are hereby restrained and enjoined, pursuant to 15 U.S.C. §1116, from selling any and all products embodying the Intellectual Property in any manner, including generally, but not limited to, manufacture, importation, distribution, shipping, advertising, selling and/or offering for sale any counterfeit products using, bearing or embodying any of the Intellectual Property or any objects, marks, products confusingly similar to the Intellectual Property ("Unauthorized Products"), and specifically:

i)    Importing, manufacturing, distributing, advertising, selling and/or offering for sale any unauthorized products which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of the Unauthorized Products;

ii)    Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of  or bear a confusing similarity to any of the Intellectual Property;

iii)    Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendant's customers

and/or members of the public to believe, the actions of Defendant, the Unauthorized Products sold by Defendant, or Defendant itself is connected with Plaintiff, is sponsored, endorsed, approved or licensed by Plaintiff, or is affiliated with Plaintiff;

iv) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such Unauthorized Products as being those of Plaintiff.

6) Defendant is ordered to deliver immediately for destruction all Unauthorized Products, including bearings and related products, denim jeans, and labels, signs, prints, packages, dyes, wrappers, receptacles and advertisements relating thereto in their possession or under their control bearing any of the Intellectual Property or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making the same, to the extent that any of these items are in Defendant's possession.

7) This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10) This Court shall retain jurisdiction over the Defendant for the purpose of making further orders necessary or proper for the construction or modification of this

consent decree and judgment; the enforcement hereof; the punishment of any violations hereof, and for the possible entry of a further Judgment Pursuant to Stipulation in this action.


Dated: June 23, 2009

_____
HONORABLE GEORGE WU
United States District Judge


PRESENTED BY:


Dated:  May ___, 2009          JOHNSON & PHAM, LLP


                               By: _____
                                   Christopher Q. Pham, Esq.
                                   Attorneys for Plaintiff
                                   GURU DENIM, INC.


Dated:  May ___, 2009          THE DIENER LAW FIRM


                               By: _____
                                   Christopher L. Diener, Esq.
                                   Attorney for Defendants
                                   L.A. IDOL FASHION, INC. and ANDY
                                   HSI-AN WEI