1  Christopher Q. Pham, SBN: 206697
2  JOHNSON & PHAM, LLP
3  6355 Topanga Canyon Blvd., Suite 115
   Woodland Hills, California 91367
4  Telephone: (818) 888-7540
5  Facsimile:   (818) 888-7544
   E-mail: cpham@johnsonpham.com
6
7  Attorneys for Plaintiff
   GURU DENIM, INC.
8
9  Christopher L. Diener, SBN: 187890
   THE DIENER LAW FIRM
10 18881 Von Karman Avenue, 16th Floor
11 Irvine, California 92612
   Telephone: (949) 259-4985
12 Facsimile:   (949) 660-0342
13
   Attorney for Defendants
14 L.A. IDOL FASHION, INC. and ANDY HSI-AN WEI
15

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GURU DENIM, INC., a California Corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>L.A. IDOL FASHION, INC., a Business Entity of Unknown Status, RECCO JEANS, a Business Entity of Unknown Status, ANDY HSI-AN WEI, an individual, and Does 1-10, Inclusive,<br><br>            Defendants. | Case No.: 08-CV-01798 GW (RCx)<br><br>**JUDGMENT PURSUANT TO STIPULATION** |

The Court, having read and considered the Joint Stipulation for Entry of Final Judgment that has been executed on behalf of Plaintiff Guru Denim, Inc. ("Plaintiff") on the one hand, and Defendants L.A. Idol Fashion, Inc. and Andy Hsi-An Wei (collectively, "Defendant"), on the other, and good cause appearing therefore, hereby:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Plaintiff is entitled to and shall recover from Defendant on Plaintiff's Complaint for Defendant's infringement the sum of Fifteen Thousand Dollars ($15,000.00).

2. Plaintiff is entitled to and shall collectively recover from Defendant interest accruing upon the sum of Fifteen Thousand Dollars ($15,000.00) at the rate of ten percent (10%) per annum of the unpaid judgment amount from the date of entry of judgment until paid in full.

3. Plaintiff is further entitled to, and shall collectively recover from the Defendant, its actual attorneys' fees and, costs and expenses incurred after the date hereof relative to or in connection with enforcing, executing on, collecting on or confirming this Judgment according to proof.  The Court hereby retains jurisdiction to award such attorneys' fees, costs and expenses upon motion or application by Plaintiff or its counsel.

4. As a matter of law, Defendant "willfully and maliciously" injured Plaintiff, within the meaning of section 523(a)(6) of the United States Bankruptcy Code. Further, as a matter of law, a judgment debt for Defendant's acts identified in paragraphs 2(a)-(b) is nondischargeable in bankruptcy pursuant to section 523(a)(6) of the United States Bankruptcy Code as evidenced by the following, stipulated Conclusions of Law:

(a) Defendant intentionally, willfully, and maliciously converted Plaintiff's intellectual property to its own use, including but not limited the following intellectual property:

| Intellectual Property: | Registration No.: | Registration Date: |
|---|---|---|
| True Religion Stitching Pattern (Trademark) | 3,147,244<br>3,219,110 | September 16, 2006<br>March 13, 2007 |
| "True Religion Brand Jeans World Tour Fashion for the Senses" (Trademark) | 2,917,187 | January 11, 2005 |
| "True Religion Brand Jeans" (Trademark) | 2,761,793<br>3,120,797<br>3,120,798<br>3,282,490 | September 9, 2003<br>July 25, 2006<br>July 25, 2006<br>August 21, 2007 |
| "True Religion" (Trademark) | 3,162,615<br>3,162,614 | October 24, 2006<br>October 24, 2006 |
| True Religion Brand Jeans Designs (Copyright) | VA 1-301-845<br>VA 1-301-845 | February 6, 2003<br>February 6, 2003 |
| True Religion Stitch Pattern | D547530 | July 31, 2007 |

(b) Defendant was well aware of its legal obligation under federal laws to obtain a license before engaging in importing, displaying, promoting, marketing, distributing, offering for sale and/or selling products infringing Plaintiff's intellectual properties and otherwise violating Plaintiff's interests;

(c) Defendant knowingly, willfully, and intentionally engaged in importing, displaying, promoting, marketing, distributing, offering for sale and/or selling products infringing Plaintiff's intellectual properties, knowing specifically that it did

not have any license(s) from Plaintiff required therefore and that it was violating Plaintiff's intellectual property rights by engaging in such conduct;

(d) Defendant acted with the specific and deliberate intent to willfully and maliciously injure Plaintiff by its unauthorized sale of products infringing Plaintiff's intellectual properties;

(e) Defendant acted with the specific and deliberate intent to gain financially through the illegal infringement of Plaintiff's intellectual properties; and

(f) Defendant willfully and intentionally violated federal intellectual property laws. *See, e.g., Matter of Elms,* 112 B.R. 148 *(*Bkrtcy. E.D. La. 1990); *Matter of Remick,* 96 B.R. 935 (W.D. Mo. 1987); *In re Gabaldon,* 55 B.R. 431 (Bkrtcy. D.N.M. 1985); *In re Massier,* 51 B.R. 229 (D.C. Colo. 1985).

THE CLERK IS DIRECTED TO ENTER THIS JUDGMENT FORTHWITH.

IT IS SO ORDERED this 28th day of July, 2009.

_____
HON. GEORGE H. WU
United States District Judge

PRESENTED BY:


IT IS SO STIPULATED.


Dated: May \_\_\_, 2009                    JOHNSON & PHAM, LLP


By: _____
    Christopher Q. Pham, Esq.
    Attorneys for Plaintiff
    GURU DENIM, INC.

1  JUDGMENT PURSUANT TO STIPULATION
   <u>Guru Denim, Inc. v. L.A. Idol Fashion, Inc.</u>, et al.
2  Case No.: 08-CV-01798 GW (RCx)
   Signature Page 2
3

4

5  Dated:  May ___, 2009                L.A. IDOL FASHION, INC.

6

7                                       By: _____
8                                       Its: _____
                                            Authorized representative on behalf of
9                                           L.A. IDOL FASHION, INC.

10

11

12 Dated:  May ___, 2009

13

14                                       By: _____
                                             ANDY HSI-AN WEI
15                                           An individual

16

17

18 Dated:  May ___, 2009                THE DIENER LAW FIRM

19

20                                       By: _____
                                             Christopher L. Diener, Esq.
21                                           Attorney for Defendants
22                                           L.A. IDOL FASHION, INC. and ANDY
                                             HSI-AN WEI
23

24

25

26

27

28